# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Oct 16, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

United States of America
v.

JUAN ANTONIO RIVAS GARCIA

*Defendant(s)*

Case No. 2:26-mj-0154 SCR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 8, 2022 & November 5, 2024 in the county of Sacramento in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by an Alien in a Federal Election<br><br>Penalty: A maximum of up to 1 year in prison; or Fine of up to $100,000; or both fine and imprisonment Supervised release up to 1 year. $25 special assessment. |

This criminal complaint is based on these facts:

(see attached Affidavit)

☒ Continued on the attached sheet.

/s/Phillip Hirsch
*Complainant's signature*

Phillip Hirsch, Special Agent HSI
*Printed name and title*

Sworn to me and signed via telephone.

Date: October 16, 2026

*Judge's signature*

City and state: Sacramento, CA

Sean C. Riordan, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Phillip Hirsch, a Special Agent with Homeland Security Investigations, having personally participated in an investigation of the conduct of defendant JUAN ANTONIO RIVAS GARCIA, and having spoken with other law enforcement officers and individuals, have knowledge of the following facts. Because this Complaint is submitted for the limited purpose of establishing probable cause, I have not included all facts known to me concerning this investigation. The contents of documents and the actions, statements, and conversations of individuals referenced below are provided in substance and in part, unless otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. This affidavit is submitted for the purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant, charging that from on a date unknown, but on or about November 8, 2022, and on or about November 5, 2024, in the Eastern District of California and elsewhere, JUAN ANTONIO RIVAS GARCIA (RIVAS GARCIA) violated 18 U.S.C. § 611(a)) (Voting by an Alien).

2. At all times relevant to this Complaint:

   a. A United States citizen was a native of the United States; a person naturalized in the United States; or a person who derived U.S. citizenship (from one or both parents); and who owed allegiance to the United States and was entitled to its full rights, privileges, and protection.

   b. An alien was any person not a citizen or national of the United States. This included immigrants (e.g. lawful permanent residents) and non-immigrants (e.g. individuals who were admitted to the United States for a temporary duration, such as a student, a visitor or a temporary worker).

   c. A lawful permanent resident ("LPR") was an alien who had been conferred permanent resident status in the United States (colloquially known as a "Green Card" holder). An Alien Registration Receipt Card (also known as a "Green Card") was issued to lawful permanent

residents as evidence of their status. Upon meeting the statutory prerequisites for naturalization, an LPR could apply to become a naturalized United States citizen.

d. In order to register to vote in the State of California, an applicant was required to certify and attest that they met certain eligibility requirements, including the requirement that he/she was a United States Citizen at the time that he/she registered to vote. *See* Cal. Elec. Code § 2101(a) ("A person entitled to register to vote shall be a United States citizen[.]"

e. Upon successfully registering to vote in California, an applicant was authorized to vote in California state and local elections, as well as in federal elections.

f. RIVAS GARCIA was a Lawful Permanent Resident living in Sacramento County, California since at least 2014, having entered the United States from his country of birth, Mexico.

3. In or around February 2018, RIVAS GARCIA registered to vote in California. In doing so, Garcia certified that he was a United States citizen under the penalties of perjury. RIVAS GARCIA completed the registration by hand and in English, indicated that he was a U.S. Citizen, lived at a residential address on Pinedale Avenue in Sacramento, was born in Mexico, and requested to receive a ballot by mail before each election. When asked if someone helped him complete the registration form, the defendant wrote, "me."

4. Based on the information that RIVAS GARCIA provided in his application, including his false statement that he was a United States citizen, RIVAS GARCIA's application to register to vote was accepted, and he was successfully registered to vote in the State of California.

5. In or around August 2020, RIVAS GARCIA submitted another voter registration application, this time through the California Secretary of State's online portal. In doing so, RIVAS GARCIA updated his registration information, including changing his address from Pinedale Avenue to Hurley Way, removing Mexico as his country of birth, and

identifying Spanish as his preferred language. In completing the form, RIVAS GARCIA again certified that he was a United States citizen.

6. In or around November 2020, RIVAS GARCIA submitted a third voter registration application, and his second through the California Secretary of State online portal. This registration appears to have changed his address back to the Pinedale Avenue residence reflected on his original registration, and RIVAS GARCIA again certified under penalty of perjury that he was a United States Citizen.

7. RIVAS GARCIA submitted a fourth voter registration application in March 2022. In it, RIVAS GARCIA again indicated that he was a United States citizen and signed the form certifying the accuracy of that representation. The application was handwritten and completed in English and again requested that a ballot be mailed to him before each election.

8. RIVAS GARCIA's "Voter Detail" in Sacramento County, California is as follows:

   Registration Status: Active
   Registration Date: 03/25/2022
   Reason for Change: Updated Registration—Active

9. Certified "Voter Participation" records for RIVAS GARCIA from the Sacramento County Registrar of Voters returned completed and signed mail-in ballots in two federal general elections: the November 8, 2022 midterm election and the November 5, 2024 general election. The Sacramento County ROV produced scans of ballot envelopes from the 2022 and 2024 federal elections. The signatures on the envelopes appear consistent with each other and with the signatures reflected on RIVAS GARCIA's voter registration, DMV, and immigration records.

10. Records indicate that RIVAS GARCIA submitted completed mail-in ballots for the 2022 and 2024 general elections, those ballots were counted, and each election included at least in part candidates for the office of President, Vice President, Member of the Senate, or Member of the House of Representatives. At all times relevant to the complaint, RIVAS GARCIA lived in the Eastern District of California and was assigned a voting precinct in the Eastern District of California.

11. RIVAS GARCIA originally applied for lawful permanent residency in November 2011. In December 2012, that petition was denied based on a

determination that RIVAS GARCIA had previously entered the United States without inspection—that is, without being lawfully admitted at a port of entry.

12. In May 2014, RIVAS GARCIA sought adjustment to lawful permanent resident status based on his marriage to a United States citizen, filing a Form I-130 petition and related adjustment-of-status paperwork. The petition was approved in August 2014, and in 2017 the conditions on RIVAS GARCIA's permanent resident status were removed.

13. In May 2019, RIVAS GARCIA applied for naturalization by filing a Form N-400, Application for Naturalization. That application was denied in April 2021 based on a determination that his prior marriage was not supported by evidence demonstrating a bona fide marital relationship.

14. In December 2021, the Department of Homeland Security initiated removal proceedings against RIVAS GARCIA. Those proceedings remain pending.

15. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 8, 2022, and on or about November 5, 2024, in the Eastern District of California and elsewhere, RIVAS GARCIA voted as an alien in the 2022 and 2024 federal general elections, in violation of Title 18, United States Code, Section 611(a).

16. I further request that the Court order that all papers in support of this application, including the application, this affidavit, and the clerk of court's docket sheet, be sealed until further order of the Court. These documents pertain to an ongoing criminal investigation that is not public, and the defendant has not yet been arrested in connection with this matter.

///

///

///

///

///

Accordingly, I believe there is reason to seal these documents because their premature disclosure may seriously jeopardize the investigation or cause the defendant to flee prosecution or destroy evidence.

/s/ Phillip Hirsch
Phillip Hirsch, Special Agent
Homeland Security Investigations

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) on October 16, 2026.

HONORABLE SEAN RIORDAN
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

*/s/ Kevin C. Khasigian*
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**United States v. JUAN ANTONIO RIVAS GARCIA**
**Penalties for Criminal Complaint**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 611 – Voting by an Alien in a Federal Election

PENALTIES: A maximum of up to 1 year in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release up to 1 year

SPECIAL ASSESSMENT: $25